# UNITED STATES DISTRICT COURT

### for the

### District of South Carolina

| | |
|---|---|
| Edward Tyler, #318077, | ) |
| *Petitioner* | ) |
| v. | ) |
| Warden Williams | ) |
| *Respondent* | ) |

Civil Action No.    9:19-2421-HMH-BM

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: Petitioner, Edward Tyler, shall take nothing of Respondent, Warden Williams, as to the petition filed pursuant to 28 U.S.C. § 2254 and the petition is dismissed without prejudice. A certificate of appealability is denied.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M Herlong Jr, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Bristow Marchant, United States Magistrate Judge.

Date:   March 23, 2020

*ROBIN L. BLUME, CLERK OF COURT*

s/Chelsea Pegram-Conner
_____
*Signature of Clerk or Deputy Clerk*